JOHN DOE I, individually & as Administrator of the Estate of his deceased child Baby Doe I, & on behalf of all others similarly situated; Jane Doe, I, on behalf of herself, as Administratrix of the Estate of her deceased child Baby Doe I, & on behalf of all others similarly situated; John Doe II; John Doe III; John Doe IV; John Doe V; Jane Doe II; Jane Doe III; John Doe VI; John Doe VII; John Doe VIII; John Doe IX; John Doe X; John Doe XI, on behalf of themselves & all others similarly situated & Louisa Benson on behalf of herself & the general public, Plaintiffs–Appellants,

v.

UNOCAL CORPORATION, a California Corporation; Total S.A., a Foreign Corporation; John Imle, an individual; Roger C. Beach, an individual, Defendants–Appellees.

John Roe III; John Roe VII; John Roe VIII; John Roe X, Plaintiffs–Appellants,

v.

Unocal Corporation; Union Oil Company of California, Defendants–Appellees.

Nos. 00–56603, 00–57197, 00–56628, 00–57195.

United States Court of Appeals, Ninth Circuit.

April 13, 2005.

Julie Shaprio, Esq., Tacoma, WA, Anne Richardson, Esq., Hadsell & Stormer, Pasadena, CA, Judith Brown Chomsky, Esq., Elkins Park, PA, for Plaintiffs–Appellants.

Jennifer Green, Esq., New York, NY, Paul L. Hoffman, Esq., Schonbrun, Desimone, Seplow, Harris and Hoffman, LLP, Venice, CA, Katharine J. Redford, Esq., Wellesley, MA, for Plaintiffs–Appellants/Defendants–Appellees.

Edwin V. Woodsome, Jr., Esq., Howrey Simon Arnold & White, LLP., O'Melveny & Myers L.L.P., Peter H. Mason, Esq., Fulbright & Jaworski, Los Angeles, CA, for Defendants–Appellees.

Before: SCHROEDER, Chief Judge, REINHARDT, KOZINSKI, RYMER, T.G. NELSON, TASHIMA, GRABER, McKEOWN, W. FLETCHER, FISHER, and RAWLINSON, Circuit Judges.

### ORDER

The parties' stipulated motion to dismiss is GRANTED. The appeals (00–56603, 00–56628, 00–57195, and 00–57197) are dismissed with prejudice. Each party is to bear its own costs.

The Appellants' Unopposed Motion to Vacate District Court Opinion, a motion in which Appellees join, is GRANTED. The district court opinion in *Doe v. Unocal Corp.*, 110 F.Supp.2d 1294 (C.D.Cal.2000), is VACATED.